IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| EMMANUEL C. GONZALEZ, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 2:14-cv-0907 |
| | § | |
| NEW LIFE VENTURES, INC., | § | JURY DEMAND |
| | § | |
| Defendant. | § | |

## NOTICE OF RELATED CASES

Plaintiff Emmanuel C. Gonzalez respectfully submits this Notice of Related Cases.  The individual matters listed below involve the same set of United States Patents, were pending as of the date of filing of the Original Complaint in the above-styled case, and Plaintiff Emmanuel C. Gonzalez is also the Plaintiff in each such matter:

| Case No. | Filed | Defendant(s) | Court | Judge |
|---|---|---|---|---|
| 2:14-cv-0630 | 5/14/2014 | Zulily, Inc. | EDTX | Gilstrap |
| 2:14-cv-0651 | 5/30/2014 | Autotrader.com, Inc. | EDTX | Gilstrap |
| 2:14-cv-0650 | 5/30/2014 | Social Concepts, Inc. | EDTX | Gilstrap |
| 2:14-cv-0769 | 7/11/2014 | Anastasia Int'l | EDTX | Gilstrap |
| 2:14-cv-0770 | 7/11/2014 | Homes.com, Inc. | EDTX | Gilstrap |
| 2:14-cv-0906 | 9/23/2014 | Infostream | EDTX | Unassigned |

//

DAL:0104995/00022:2320942v1

| | |
|---|---|
| September 23, 2014 | Respectfully submitted, |
| |   /s/   M. Scott Fuller               |
| | M. Scott Fuller |
| |    Texas Bar No. 24036607 |
| |    sfuller@lockelord.com |
| | Paul D. Lein |
| |    Texas Bar No. 24070133 |
| |    plein@lockelord.com |
| | Darrian L. Campbell |
| |    Texas Bar No. 24087250 |
| |    dcampbell@lockelord.com |
| | **LOCKE LORD LLP** |
| | 2200 Ross Avenue, Suite 2200 |
| | Dallas, Texas  75201-6776 |
| | Telephone:  (214) 740-8000 |
| | Facsimile:  (214) 740-8800 |
| | |
| | **ATTORNEYS FOR PLAINTIFF** |
| | **EMMANUEL C. GONZALEZ** |

### **CERTIFICATE OF SERVICE**

     I hereby certify that on September 23, 2014, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                                    /s/   M. Scott Fuller              

DAL:0104995/00022:2320942v1