# United States District Court

## FOR THE EASTERN DISTRICT OF TEXAS

EMMANUEL C. GONZALEZ,           **SUMMONS IN A CIVIL CASE**

    Plaintiff,

  v.                          CASE NUMBER:  2:14-cv-0907

NEW LIFE VENTURES, INC.,

    Defendant.

    **TO:**     NEW LIFE VENTURES, INC.
                c/o Jonathan Homewood
                12955 Biscayne Blvd., Suite 402
                North Miami, Florida  33181

    YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY, M. Scott Fuller, Locke Lord LLP, 2200 Ross Avenue, Suite 2200, Dallas, Texas  75201-6776

an answer to the complaint which is herewith served upon you, within    21    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*David Maland*                          **9/24/14**
CLERK                                   DATE

_____
(BY) DEPUTY CLERK

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant.  Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   _____      _____
                            Date                                 Signature of Server

                                          _____
                                                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

DAL 2321056