UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:14cv907
Name of party requesting extension: New Life Ventuers, Inc.
Is this the first application for extension of time in this case?   ☑ Yes
  ☐ No

If no, please indicate which application this represents:   ☐ Second
  ☐ Third
  ☐ Other _____

Date of Service of Summons: 10/15/2014
Number of days requested:   ☑ 30 days
  ☐ 15 days
  ☐ Other _____ days

New Deadline Date: 12/5/2014   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Michael E. Jones
State Bar No.: 10929400
Firm Name: Potter Minton, PC
Address: 110 North College
 Suite 500
 Tyler, Texas 75702
Phone: 903-597-8311
Fax:  903-593-0846
Email: mikejones@potterminton.com

A certificate of conference does not need to be filed with this unopposed application.