# United States District Court

## FOR THE EASTERN DISTRICT OF TEXAS

EMMANUEL C. GONZALEZ,

    Plaintiff,

v.

NEW LIFE VENTURES, INC.,

    Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 2:14-cv-0907

TO:    NEW LIFE VENTURES, INC.
        c/o Jonathan Homewood
        12955 Biscayne Blvd., Suite 402
        North Miami, Florida 33181

    YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY, M. Scott Fuller, Locke Lord LLP, 2200 Ross Avenue, Suite 2200, Dallas, Texas 75201-6776

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_/s/ David Maland_  
CLERK

**9/24/14**  
DATE

_____  
(BY) DEPUTY CLERK

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:14-CV-0907

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* New Life Ventures, Inc.
was received by me on *(date)* 10/09/2014

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Stephen Pasternack at 5:55pm , who is designated by law to accept service of process on behalf of *(name of organization)* New Life Ventures, Inc. at 12955 Biscayne Blvd., Suite 402, N. Miami, FL 33181 on *(date)* 10/15/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 10/20/2014

*Server's signature*

Liza M. Gonzalez, process server  CPS 1274
*Printed name and title*

Certified Process Servers, LLC
PO Box 496508
Garland, TX 75049

*Server's address*

Additional information regarding attempted service, etc: