**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| EMMANUEL C. GONZALEZ, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No. 2:14-cv-0907 |
| NEW LIFE VENTURES, INC., | § § | JURY DEMAND |
| Defendant. | § § | |

**PLAINTIFF EMMANUEL GONZALEZ' ANSWER TO
DEFENDANT NEW LIFE VENTURES, INC.'S COUNTERCLAIMS**

Plaintiff Emmanuel C. Gonzalez ("Plaintiff") respectfully answers the Counterclaims of Defendant New Life Ventures, Inc. ("Defendant") [Docket No. 9], as follows:

**ANSWER TO COUNTERCLAIMS**

Unless stated otherwise herein with an express admission, Plaintiff generally denies all allegations in the Counterclaims. Each specific allegation is addressed as follows:

**THE PARTIES**

1. Admitted.

2. Admitted.

**JURISDICTION AND VENUE**

3. Admitted.

4. Plaintiff does not contest personal jurisdiction in this case.

5. Admitted.

**COUNTERCLAIM COUNT ONE**

6. Plaintiff adopts and incorporates its responses to paragraphs 1-5.

7. Admitted.

1

8. Denied.

9. Plaintiff admits that a controversy exists between the parties.

10. Denied.

## COUNTERCLAIM COUNT TWO

11. Plaintiff adopts and incorporates its responses to paragraphs 1-5.

12. Admitted.

13. Denied.

14. Plaintiff admits that a controversy exists between the parties.

15. Denied.

## COUNTERCLAIM REQUEST FOR RELIEF

Plaintiff denies that Defendant is entitled to any of the relief requested in its Request for Relief.

//

DAL:0104995/00022:2335096v1

| | |
|---|---|
| November 14, 2014 | Respectfully submitted,<br><br> /s/   M. Scott Fuller<br>M. Scott Fuller<br>   Texas Bar No. 24036607<br>   sfuller@lockelord.com<br>Paul D. Lein<br>   Texas Bar No. 24070133<br>   plein@lockelord.com<br>Darrian L. Campbell<br>   Texas Bar No. 24087250<br>   dcampbell@lockelord.com<br>**LOCKE LORD LLP**<br>2200 Ross Avenue, Suite 2200<br>Dallas, Texas  75201-6776<br>Telephone:  (214) 740-8000<br>Facsimile:  (214) 740-8800<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**EMMANUEL C. GONZALEZ** |

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2014, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

 /s/ M. Scott Fuller

DAL:0104995/00022:2335096v1