# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| EMMANUEL C. GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | NO. 2:14-cv-907-JRG-RSP |
| | § | |
| NEW LIFE VENTURES, INC. | § | JURY DEMAND |
| | § | |
| Defendant. | § | |

## NOTICE OF ATTORNEY APPEARANCE

The undersigned attorney hereby enters an appearance as counsel of record for Defendant New Life Ventures, Inc. and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of New Life Ventures, Inc.

Date: November 17, 2014

Respectfully submitted,

Michael C. Smith
michaelsmith@siebman.com
State Bar No. 18650410
SIEBMAN, BURG, PHILLIPS, & SMITH
113 East Austin Street
Marshall, Texas 75670
Tel: 903.938.8900
Fax: 972.767.4620

ATTORNEYS FOR DEFENDANT NEW LIFE VENTURES, INC.

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this the 17th day of November, 2014.

_____
Michael C. Smith