IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Emmanuel C. Gonzalez,<br><br>　　　Plaintiff,<br><br>v.<br><br>New Life Ventures, Inc.,<br><br>　　　Defendant. | Civil Action No. 2:14-cv-907-JRG-RSP |

### ORDER GRANTING DEFENDANT NEW LIFE VENTURES, INC.'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

On this day, came on to be considered the Unopposed Motion to Withdraw as Counsel of Defendant New Life Ventures, Inc. After considering said motion, the Court is of the opinion that said motion should be GRANTED.

IT IS, THERFORE, ORDERED that Michael E. Jones of the Potter Minton, PC law firm is allowed to withdraw and is hereby withdrawn as counsel for New Life Ventures, Inc. in the above matter. The Clerk shall withdraw Michael E. Jones as counsel of record for New Life Ventures, Inc. and terminate his CM/ECF notification for this matter.

**SIGNED this 19th day of November, 2014.**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ROY S. PAYNE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE