**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| EMMANUEL C. GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 2:14-cv-0907 |
| | § | |
| NEW LIFE VENTURES, INC., | § | JURY DEMAND |
| | § | |
| Defendant. | § | |

**NOTICE OF READINESS FOR SCHEDULING CONFERENCE**

Plaintiff Emmanuel C. Gonzalez respectfully submits this Notice of Readiness for Scheduling Conference in the above-styled matter. Defendant New Life Ventures filed its Answer and Counterclaims on November 14, 2014, and Plaintiff filed responses thereto on the same date. No motions are currently pending.

Other pending cases involving the asserted patents are:

1. Autotrader; 2:14-cv-0651 (Markman: May 15, 2015; Trial: December 14, 2015)

2. Social Concepts; 2:14-cv-0650 (consolidated with 2:14-cv-0651, above)

3. Global Personals; 2:14-cv-0952 (filed October 14, 2014)

4. Elite Marketing; 2:14-cv-0963 (filed October 16, 2014)

5. Snap Interactive; 2:14-cv-0992 (filed October 22, 2014)

6. Tagged; 2:14-cv-0993 (filed October 22, 2014)

//

| | |
|---|---|
| December 3, 2014 | Respectfully submitted, |
| | /s/   M. Scott Fuller |

        M. Scott Fuller
          Texas Bar No. 24036607
          sfuller@lockelord.com
        Paul D. Lein
          Texas Bar No. 24070133
          plein@lockelord.com
        Darrian L. Campbell
          Texas Bar No. 24087250
          dcampbell@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201-6776
Telephone:  (214) 740-8000
Facsimile:  (214) 740-8800

**ATTORNEYS FOR PLAINTIFF**
**EMMANUEL C. GONZALEZ**

## CERTIFICATE OF SERVICE

    I hereby certify that on December 3, 2014, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                                /s/   M. Scott Fuller

DAL:0104995/00022:2339582v1