IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EMMANUEL C. GONZALEZ,<br><br>*Plaintiff,*<br><br>v.<br><br>NEW LIFE VENTURES, INC.,<br><br>*Defendant.* | Civil Action No. 2:14-cv-907-JRG<br><br>JURY TRIAL DEMANDED |

## VERDICT FORM

In answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein, "Gonzalez" means the Plaintiff, Emmanuel C. Gonzalez.

As used herein, "New Life Ventures" means the Defendant, New Life Ventures, Inc.

As used herein, "the '807 Patent" means United States Patent Number 7,558,807.

As used herein, "the '665 Patent" means United States Patent Number 7,873,665.

We, the jury, unanimously agree to the answers to the following questions:

<u>Question No. 1</u>:     Did Gonzalez prove by a preponderance of the evidence that New Life Ventures infringes any of the following asserted claims?

If you find the claim to be infringed, then check "Yes;" otherwise check "No."

CLAIM 1 OF THE '807 PATENT:      YES ✓      NO _____

CLAIM 2 OF THE '807 PATENT:      YES ✓      NO _____

CLAIM 3 OF THE '807 PATENT:      YES ✓      NO _____

CLAIM 1 OF THE '665 PATENT:      YES ✓      NO _____

CLAIM 42 OF THE '665 PATENT:     YES ✓      NO _____

CLAIM 53 OF THE '665 PATENT:     YES ✓      NO _____

<u>Question No. 2</u>:     Did New Life Ventures prove by clear and convincing evidence that any of the following asserted claims are invalid?

If you find the claim to be invalid, then check "Yes;" otherwise, check "No."

| | YES | NO |
|---|---|---|
| CLAIM 1 OF THE '807 PATENT: | | ✓ |
| CLAIM 2 OF THE '807 PATENT: | | ✓ |
| CLAIM 3 OF THE '807 PATENT: | | ✓ |
| CLAIM 1 OF THE '665 PATENT: | | ✓ |
| CLAIM 42 OF THE '665 PATENT: | | ✓ |
| CLAIM 53 OF THE '665 PATENT: | | ✓ |

ANSWER QUESTION 3 ONLY IF YOU HAVE FOUND
AT LEAST ONE ASSERTED CLAIM BOTH INFRINGED AND NOT INVALID.

**Question No. 3**: What damages has Gonzalez proved by a preponderance of the evidence that it has suffered as a result of the infringement you have found?

$ __75,000.00__

Signed this __11__ day of February, 2016

_____
**JURY FOREPERSON**

5